IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONE COOK.,
            Plaintiff,

                                    Civil No. 2:24-CV-11715

v.

MARTIN O'MALLEY,                    MAGISTRATE JUDGE STAFFORD
COMMISSIONER
OF SOCIAL SECURITY,
            Defendant.
_____/

## **STIPULATION TO REMAND TO THE COMMISSIONER**

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the

Court should enter an order remanding the above-captioned case to the

Commissioner for further administrative action.

Respectfully submitted,

DAWN N. ISON
United States Attorney

/s/ Nicole Thompson[1]
Nicole Thompson
22461 Wildwood St.
Saint Clair Shores, MI 48081
(517) 614-2194
thomps74@hotmail.com

/s/ Lisa G. Smoller
Lisa G. Smoller
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
(617) 565-4279
lisa.g.smoller@ssa.gov[2]

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Lisa G. Smoller, received on October 16, 2024.

[2] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2024, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify that the undersigned emailed an encrypted copy of the document to Nicole Thompson at: thomps74@hotmail.com

/s/ Lisa G. Smoller
Lisa G. Smoller
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
(617) 565-4279
Lisa.g.smoller@ssa.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONE COOK.,
       Plaintiff,

                         Civil No. 2:24-CV-11715

v.

MARTIN O'MALLEY,          MAGISTRATE JUDGE STAFFORD
COMMISSIONER
OF SOCIAL SECURITY,
       Defendant.
_____/

## ORDER REMANDING CASE UNDER
## SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted, and this

case is remanded to the Commissioner for further proceedings under sentence four

of 42 U.S.C. § 405(g).


                         s/Elizabeth A. Stafford_____
                         ELIZABETH A. STAFFORD
Date:10/18/2024            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONE COOK.,

       Plaintiff,

                           Civil No. 2:24-CV-11715

v.

MARTIN O'MALLEY,            MAGISTRATE JUDGE STAFFORD
COMMISSIONER
OF SOCIAL SECURITY,

       Defendant.
_____/

## **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per

Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the

Commissioner of Social Security for further proceedings in accordance with that

order.

                                   s/Elizabeth A. Stafford
                                   ELIZABETH A. STAFFORD
                                   United States Magistrate Judge

Dated: 10/18/2024